No. 99. ROBICHAUD *v.* BRENNAN, JUDGE, ET AL. Certiorari denied. *Thomas McNulty* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *H. H. Warner,* Assistant Attorney General,

and *John W. Griggs,* Deputy Attorney General, for respondents.

